Reverend Gerald GORDON

v.

Judge PLUNKETT et al.

No. 81–437–A.

Supreme Court of Rhode Island.

May 13, 1982.

Reverend Gerald Gordon, pro se.

Dennis J. Roberts II, Atty. Gen., Rice, Dolan, Kiernan & Kershaw, Leonard A. Kiernan, Jr., Providence, for defendants.

### ORDER

The plaintiff's motion for rehearing, R. I., 444 A.2d 1345 as prayed is denied.